Veronica Arechederra Hall, Bar No. 5855
veronica.hall@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 921-2460
Facsimile: (702) 921-2461

*Attorneys for Defendant*
*JT3, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL BEAN, an individual;<br><br>Plaintiff,<br><br>v.<br><br>JT3, LLC, a foreign limited liability company; Defendant DOES 1 through 10 inclusive; ROES CORPORATIONS/ENTITIES 1 through 10 inclusive,<br><br>Defendants. | Case No.: 2:13-cv-02107-MMD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff DANIEL BEAN and Defendant JT3, LLC, through their undersigned counsel of record, that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

-1-

Further, this Court shall retain jurisdiction over any disputes arising out of the out-of-court resolution of this matter.

Dated: March 17, 2014

_____
Veronica Arechederra Hall
Jackson Lewis P.C.
3800 Howard Hughes Parkway, Ste. 600
Las Vegas, NV 89169

Attorneys for Defendant

Dated: March 17, 2014

/s/Lani Esteban-Trinidad_____
Lani Esteban-Trinidad
Esteban-Trinidad Law, P.C.
4315 North Rancho Drive
Suite 110
Las Vegas, Nevada 89130

Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled matter is dismissed with prejudice and each party to bear its own attorneys' fees and costs. This Court shall retain jurisdiction over any disputes arising out of the out-of-court resolution of this matter.

**IT IS SO ORDERED.**

Dated this 17th day of March, 2014.

_____
M~~AGISTRA~~TE/JUDGE

4840-8429-1097, v. 1